No. 97–5228. JAMES v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 97–5229. MCFARLAND v. HINKLE, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 97–5230. STEVENS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 97–5231. ROSS v. THOMPSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 97–5232. BEVERLY v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 97–5233. WATKINS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5234. TROLLINGER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5235. WALKER v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 97–5236. BARNEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5237. AGUILERA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5239. ISONG v. UNITED STATES (two judgments). C. A. 6th Cir. Certiorari denied.

No. 97–5240. MILLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5241. MICHAEL v. MOATS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–5245. BASILE v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 97–5247. STEWARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.